AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 25-3267

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **ANNE NORTON, CHIEF CLERK, BERKS COUNTY ELECTION SERVICE**

was received by me on *(date)* **6-30-25**

☑ I personally served the summons on the individual at *(place)* **633 COURT STREET READING PA 19601** on *(date)* **6-30-25** ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: **6-30-25**

*Marty Straka*
Server's signature

**MARTY STRAKA**
Printed name and title

**SUBPOENAS.COM**
**4521 Farming Ridge Blvd.**
**Reading, PA 19606**

Server's address

Additional information regarding attempted service, etc: