Exhibit A

Exhibit A

**Official Republican Municipal Primary Ballot**

**County of Berks, Commonwealth of Pennsylvania**
**Municipal Primary held on**
**May 20, 2025**

**Lyons Boro**

Michael S. Rivera, Chair

Christian Y. Leinbach, Vice Chair

Dante Santoni, Jr., Commissioner

BERKS COUNTY BOARD OF ELECTIONS

**INSTRUCTIONS TO THE VOTER:**
To vote for your choice in each contest, COMPLETELY FILL IN the oval ● to the left of your choice.

To vote for a person whose name is NOT on the ballot, COMPLETELY FILL IN the oval ● to the left of the word "Write-in" and write the person's name on the line provided.

Use only a black or blue ink pen to mark your ballot. Use the same pen for all markings you place on the ballot.

**WARNING:** If you receive an absentee or mail-in ballot and return your voted ballot by the deadline, you may not vote at your polling place on election day. If you are unable to return your voted absentee or mail-in ballot by the deadline, you may only vote a provisional ballot at your polling place on election day, unless you surrender your absentee or mail-in ballot and envelope to the Judge of Election to be voided to vote by regular ballot.

**Judge of the Superior Court**
Vote for One

○ Maria Battista
Clarion County
○ Ann Marie Wheatcraft
Chester County
○
Write-in

**Judge of the Commonwealth Court**
Vote for One

○ Matt Wolford
Erie County
○ Josh Prince
Berks County
○
Write-in

**Judge of the Court of Common Pleas**
**23rd Judicial District**
Vote for One

○ Kathryn Lehman
Ontelaunee Township
○ Lauren Marks
Lower Heidelberg Township
○ Eric J. Taylor
West Reading Borough
○
Write-in

**County Prothonotary**
Vote for One

○ Jonathan K. Del Collo
Bern Township
○
Write-in

**County Treasurer**
Vote for One

○ Mitchell Darcourt
Spring Township
○
Write-in

**County Coroner**
Vote for One

○ Matt Stitzel
Spring Township
○ John Fielding
Mount Penn Borough
○
Write-in

**Sheriff**
2 Year Term
Vote for One

○ Chris Rothermel
Robeson Township
○ Mandy Miller
Spring Township
○
Write-in

**School Director**
Kutztown Area School District
Region 2
Vote for One

○ Erin M. Engel
○
Write-in

**Mayor**
Vote for One

○
Write-in

**Member of Council**
Vote for not more than Three

○ Stephan M. Haring
○
Write-in
○
Write-in
○
Write-in

**Tax Collector**
Vote for One

○
Write-in

**Judge of Election**
Vote for One

○
Write-in

**Inspector of Election**
Vote for One

○
Write-in

**Kutztown Area School District**
**Property Tax Question**

Shall the Kutztown Area School District increase local property taxes to 34.2982 mills, which represents a 10.63% increase for the 2025-2026 school year?

○ Yes    ○ No

Lyons Boro    REP

**Official Democratic Municipal Primary Ballot**

**County of Berks, Commonwealth of Pennsylvania**
**Municipal Primary held on**
**May 20, 2025**

**Lyons Boro**

Michael S. Rivera, Chair

Christian Y. Leinbach, Vice Chair

Dante Santoni, Jr., Commissioner

BERKS COUNTY BOARD OF ELECTIONS

**INSTRUCTIONS TO THE VOTER:**
To vote for your choice in each contest, COMPLETELY FILL IN the oval ● to the left of your choice.

To vote for a person whose name is NOT on the ballot, COMPLETELY FILL IN the oval ● to the left of the word "Write-in" and write the person's name on the line provided.

Use only a black or blue ink pen to mark your ballot. Use the same pen for all markings you place on the ballot.

**WARNING:** If you receive an absentee or mail-in ballot and return your voted ballot by the deadline, you may not vote at your polling place on election day. If you are unable to return your voted absentee or mail-in ballot by the deadline, you may only vote a provisional ballot at your polling place on election day, unless you surrender your absentee or mail-in ballot and envelope to the Judge of Election to be voided to vote by regular ballot.

**Judge of the Superior Court**
Vote for One

○ Brandon Neuman
Washington County

○

Write-in

**Judge of the Commonwealth Court**
Vote for One

○ Stella Tsai
Philadelphia County

○

Write-in

**Judge of the Court of Common Pleas**
**23rd Judicial District**
Vote for One

○ Kathryn Lehman
Ontelaunee Township

○ Eric J. Taylor
West Reading Borough

○ Lauren Marks
Lower Heidelberg Township

○

Write-in

**County Prothonotary**
Vote for One

○

Write-in

**County Treasurer**
Vote for One

○

Write-in

**County Coroner**
Vote for One

○

Write-in

**Sheriff**
2 Year Term
Vote for One

○

Write-in

**School Director**
Kutztown Area School District
Region 2
Vote for One

○ Matthew Biniek

○

Write-in

**Mayor**
Vote for One

○

Write-in

**Member of Council**
Vote for not more than Three

○ Tracey A. Sutton

○

Write-in

○

Write-in

○

Write-in

**Tax Collector**
Vote for One

○ Naomi M. DeTurk

○

Write-in

**Judge of Election**
Vote for One

○

Write-in

**Inspector of Election**
Vote for One

○

Write-in

**Kutztown Area School District**
**Property Tax Question**

Shall the Kutztown Area School District increase local property taxes to 34.2982 mills, which represents a 10.63% increase for the 2025-2026 school year?

○ Yes          ○ No

Lyons Boro   DEM

SAMPLE

# Exhibit B

# Exhibit B

Summary Results Report
2025 Municipal Election
May 20, 2025

OFFICIAL RESULTS

Berks County

## STATISTICS

| | TOTAL | Election Day | Mail | Provisional |
|---|---|---|---|---|
| Registered Voters - Total | 222,528 | | | |
| Registered Voters - Democratic | 103,769 | | | |
| Registered Voters - Republican | 117,239 | | | |
| Registered Voters - Nonpartisan | 1,520 | | | |
| Ballots Cast - Total | 47,058 | 33,169 | 13,767 | 122 |
| Ballots Cast - Democratic | 22,506 | 13,144 | 9,293 | 69 |
| Ballots Cast - Republican | 24,385 | 19,895 | 4,438 | 52 |
| Ballots Cast - Nonpartisan | 167 | 130 | 36 | 1 |
| Voter Turnout - Total | 21.15% | | | |
| Voter Turnout - Democratic | 21.69% | | | |
| Voter Turnout - Republican | 20.80% | | | |
| Voter Turnout - Nonpartisan | 10.99% | | | |

Summary Results Report

OFFICIAL RESULTS

2025 Municipal Election

May 20, 2025

Berks County

## DEM Mayor Lyons Boro

Vote For 1

| | TOTAL | Election Day | Mail | Provisional |
|---|---|---|---|---|
| Write-In Totals | 13 | 13 | 0 | 0 |
| Not Assigned | 13 | 13 | 0 | 0 |

## DEM Mayor Mt Penn Boro

Vote For 1

| | TOTAL | Election Day | Mail | Provisional |
|---|---|---|---|---|
| Roger L. Stief, Jr. | 113 | 62 | 51 | 0 |
| Write-In Totals | 12 | 10 | 2 | 0 |
| Not Assigned | 12 | 10 | 2 | 0 |

## DEM Mayor Mohnton Boro

Vote For 1

| | TOTAL | Election Day | Mail | Provisional |
|---|---|---|---|---|
| Eric Burgis | 145 | 88 | 57 | 0 |
| Write-In Totals | 3 | 1 | 2 | 0 |
| Not Assigned | 3 | 1 | 2 | 0 |

## DEM Mayor New Morgan Boro

Vote For 1

| | TOTAL | Election Day | Mail | Provisional |
|---|---|---|---|---|
| Write-In Totals | 0 | 0 | 0 | 0 |
| Not Assigned | 0 | 0 | 0 | 0 |

Summary Results Report

OFFICIAL RESULTS

2025 Municipal Election

May 20, 2025

Berks County

### REP Mayor Laureldale Boro

Vote For 1

|  | TOTAL | Election Day | Mail | Provisional |
|---|---|---|---|---|
| Write-In Totals | 85 | 80 | 5 | 0 |
| Write-In: Cherlynn M. Martin | 59 | 57 | 2 | 0 |
| Not Assigned | 26 | 23 | 3 | 0 |

### REP Mayor Leesport Boro

Vote For 1

|  | TOTAL | Election Day | Mail | Provisional |
|---|---|---|---|---|
| David J. Reimer, Sr. | 135 | 121 | 13 | 1 |
| Write-In Totals | 2 | 2 | 0 | 0 |
| Not Assigned | 2 | 2 | 0 | 0 |

### REP Mayor Lenhartsville Boro

Vote For 1

|  | TOTAL | Election Day | Mail | Provisional |
|---|---|---|---|---|
| Write-In Totals | 3 | 3 | 0 | 0 |
| Not Assigned | 3 | 3 | 0 | 0 |

### REP Mayor Lyons Boro

Vote For 1

|  | TOTAL | Election Day | Mail | Provisional |
|---|---|---|---|---|
| Write-In Totals | 9 | 9 | 0 | 0 |
| Not Assigned | 9 | 9 | 0 | 0 |

Exhibit C

Exhibit C

Summary Results Report

OFFICIAL RESULTS

2025 Municipal Primary

May 20, 2025

Berks County

## Lyons Boro

| STATISTICS | | | | |
|---|---|---|---|---|
| | TOTAL | Election Day | Mail | Provisional |
| Registered Voters - Total | 288 | | | |
| Registered Voters - Democratic | 118 | | | |
| Registered Voters - Republican | 122 | | | |
| Registered Voters - Nonpartisan | 48 | | | |
| Ballots Cast - Total | 93 | 82 | 11 | 0 |
| Ballots Cast - Democratic | 47 | 37 | 10 | 0 |
| Ballots Cast - Republican | 41 | 40 | 1 | 0 |
| Ballots Cast - Nonpartisan | 5 | 5 | 0 | 0 |
| Voter Turnout - Total | 32.29% | | | |
| Voter Turnout - Democratic | 39.83% | | | |
| Voter Turnout - Republican | 33.61% | | | |
| Voter Turnout - Nonpartisan | 10.42% | | | |

## DEM Judge of the Superior Court

Vote For 1

| | TOTAL | Election Day | Mail | Provisional |
|---|---|---|---|---|
| Brandon Neuman | 30 | 21 | 9 | 0 |
| Write-In Totals | 0 | 0 | 0 | 0 |

## DEM Judge of the Commonwealth Court

Vote For 1

| | TOTAL | Election Day | Mail | Provisional |
|---|---|---|---|---|
| Stella Tsai | 31 | 23 | 8 | 0 |
| Write-In Totals | 1 | 1 | 0 | 0 |

Summary Results Report

OFFICIAL RESULTS

2025 Municipal Primary

May 20, 2025

Berks County

## Lyons Boro

### DEM Judge of the Court of Common Pleas

Vote For 1

|  | TOTAL | Election Day | Mail | Provisional |
|---|---|---|---|---|
| Kathryn Lehman | 18 | 15 | 3 | 0 |
| Eric J. Taylor | 16 | 13 | 3 | 0 |
| Lauren Marks | 5 | 5 | 0 | 0 |
| Write-In Totals | 0 | 0 | 0 | 0 |

### DEM County Prothonotary

Vote For 1

|  | TOTAL | Election Day | Mail | Provisional |
|---|---|---|---|---|
| Write-In Totals | 0 | 0 | 0 | 0 |

### DEM County Treasurer

Vote For 1

|  | TOTAL | Election Day | Mail | Provisional |
|---|---|---|---|---|
| Write-In Totals | 0 | 0 | 0 | 0 |

### DEM County Coroner

Vote For 1

|  | TOTAL | Election Day | Mail | Provisional |
|---|---|---|---|---|
| Write-In Totals | 3 | 3 | 0 | 0 |

### DEM Sheriff

Vote For 1

|  | TOTAL | Election Day | Mail | Provisional |
|---|---|---|---|---|
| Write-In Totals | 0 | 0 | 0 | 0 |

Summary Results Report

2025 Municipal Primary

May 20, 2025

## Lyons Boro

### DEM School Director Kutztown Area School District Region 2

Vote For 1

| | TOTAL | Election Day | Mail | Provisional |
|---|---|---|---|---|
| Matthew Biniek | 38 | 29 | 9 | 0 |
| Write-In Totals | 0 | 0 | 0 | 0 |

### DEM Mayor Lyons Boro

Vote For 1

| | TOTAL | Election Day | Mail | Provisional |
|---|---|---|---|---|
| Write-In Totals | 13 | 13 | 0 | 0 |

### DEM Member of Council Lyons Boro

Vote For 3

| | TOTAL | Election Day | Mail | Provisional |
|---|---|---|---|---|
| Tracey A. Sutton | 32 | 23 | 9 | 0 |
| Write-In Totals | 0 | 0 | 0 | 0 |

### DEM Tax Collector Lyons Boro

Vote For 1

| | TOTAL | Election Day | Mail | Provisional |
|---|---|---|---|---|
| Naomi M. DeTurk | 38 | 29 | 9 | 0 |
| Write-In Totals | 0 | 0 | 0 | 0 |

### REP Judge of the Superior Court

Vote For 1

| | TOTAL | Election Day | Mail | Provisional |
|---|---|---|---|---|
| Maria Battista | 18 | 18 | 0 | 0 |
| Ann Marie Wheatcraft | 13 | 12 | 1 | 0 |
| Write-In Totals | 0 | 0 | 0 | 0 |

Summary Results Report

OFFICIAL RESULTS

2025 Municipal Primary

May 20, 2025

Berks County

## Lyons Boro

### REP Judge of the Commonwealth Court

Vote For 1

|  | TOTAL | Election Day | Mail | Provisional |
|---|---|---|---|---|
| Matt Wolford | 7 | 7 | 0 | 0 |
| Josh Prince | 31 | 30 | 1 | 0 |
| Write-In Totals | 0 | 0 | 0 | 0 |

### REP Judge of the Court of Common Pleas

Vote For 1

|  | TOTAL | Election Day | Mail | Provisional |
|---|---|---|---|---|
| Kathryn Lehman | 15 | 14 | 1 | 0 |
| Lauren Marks | 13 | 13 | 0 | 0 |
| Eric J. Taylor | 7 | 7 | 0 | 0 |
| Write-In Totals | 0 | 0 | 0 | 0 |

### REP County Prothonotary

Vote For 1

|  | TOTAL | Election Day | Mail | Provisional |
|---|---|---|---|---|
| Jonathan K. Del Collo | 28 | 27 | 1 | 0 |
| Write-In Totals | 0 | 0 | 0 | 0 |

### REP County Treasurer

Vote For 1

|  | TOTAL | Election Day | Mail | Provisional |
|---|---|---|---|---|
| Mitchell Darcourt | 28 | 27 | 1 | 0 |
| Write-In Totals | 0 | 0 | 0 | 0 |

# Summary Results Report

## OFFICIAL RESULTS

## 2025 Municipal Primary

### May 20, 2025

### Berks County

## Lyons Boro

### REP County Coroner
Vote For 1

|  | TOTAL | Election Day | Mail | Provisional |
|---|---|---|---|---|
| Matt Stitzel | 24 | 24 | 0 | 0 |
| John Fielding | 10 | 9 | 1 | 0 |
| Write-In Totals | 0 | 0 | 0 | 0 |

### REP Sheriff
Vote For 1

|  | TOTAL | Election Day | Mail | Provisional |
|---|---|---|---|---|
| Chris Rothermel | 19 | 19 | 0 | 0 |
| Mandy Miller | 15 | 14 | 1 | 0 |
| Write-In Totals | 0 | 0 | 0 | 0 |

### REP School Director Kutztown Area School District Region 2
Vote For 1

|  | TOTAL | Election Day | Mail | Provisional |
|---|---|---|---|---|
| Erin M. Engel | 36 | 35 | 1 | 0 |
| Write-In Totals | 0 | 0 | 0 | 0 |

### REP Mayor Lyons Boro
Vote For 1

|  | TOTAL | Election Day | Mail | Provisional |
|---|---|---|---|---|
| Write-In Totals | 9 | 9 | 0 | 0 |

### REP Member of Council Lyons Boro
Vote For 3

|  | TOTAL | Election Day | Mail | Provisional |
|---|---|---|---|---|
| Stephan M. Haring | 33 | 32 | 1 | 0 |
| Write-In Totals | 1 | 1 | 0 | 0 |

Summary Results Report

OFFICIAL RESULTS

2025 Municipal Primary

May 20, 2025

Berks County

## Lyons Boro

### REP Tax Collector Lyons Boro

Vote For 1

|  | TOTAL | Election Day | Mail | Provisional |
|---|---|---|---|---|
| Write-In Totals | 1 | 1 | 0 | 0 |

### Kutztown Area School District Property Tax Question

Vote For 1

|  | TOTAL | Election Day | Mail | Provisional |
|---|---|---|---|---|
| Yes | 16 | 13 | 3 | 0 |
| No | 74 | 66 | 8 | 0 |

# Exhibit D

# Exhibit D

**Write-in Name Selection**

2025 Municipal Primary

Berks County,Pennsylvania

May 20, 2025

| Contest Name | Write-In Snippet | Precinct |
|---|---|---|
| REP Mayor Bally Boro | DAVID Schott<br>Write-in | Bally Boro |
| REP Mayor Bally Boro | W/I:DAVID CARL SCHOTT | Bally Boro |
| REP Mayor Bally Boro | W/I:DAVID CARL SCHOTT | Bally Boro |
| REP Mayor Bally Boro | W/I:DAVID CARL SCHOTT | Bally Boro |
| REP Mayor Bally Boro | W/I:DAVID CARL SCHOTT | Bally Boro |
| REP Mayor Bally Boro | W/I:DAVID CARL SCHOTT | Bally Boro |
| REP Mayor Bally Boro | W/I:DAVID CARL SCHOTT | Bally Boro |

| REP Mayor Lenhartsville Boro | W/I:WILLIAM LILLINGTON | Lenhartsville Boro |
|---|---|---|
| REP Mayor Lyons Boro | W/I:BRANDON PUGH | Lyons Boro |
| REP Mayor Lyons Boro | W/I:MEGGIN REED | Lyons Boro |
| REP Mayor Lyons Boro | W/I:ALEX DARRLINGTON | Lyons Boro |
| REP Mayor Lyons Boro | W/I:LEONARD J HARING | Lyons Boro |
| REP Mayor Lyons Boro | W/I:BRANDON PUGH | Lyons Boro |
| REP Mayor Lyons Boro | W/I:PUGH | Lyons Boro |
| REP Mayor Lyons Boro | W/I:BRANDON PUGH | Lyons Boro |
| REP Mayor Lyons Boro | W/I:BRANDON PUGH | Lyons Boro |
| REP Mayor Lyons Boro | W/I:BRANDON PUGH | Lyons Boro |

# Exhibit E

# Exhibit E

**BERKS COUNTY BOARD OF ELECTIONS**
**SPECIAL MEETING MINUTES**
**June 6, 2025 – 12:00 P.M.**

**Michael S. Rivera, Chair**
**Christian Y. Leinbach, Vice Chair**
**Dante Santoni, Jr., Commissioner**
**Anne Norton, Chief Clerk**
**Christine M. Sadler, County Solicitor  - not present**
**Cody L. Kauffman, First Assistant County Solicitor**

**CALL TO ORDER:** 12:20 P.M.

**APPROVAL OF THE MINUTES**
The Board approved the minutes from the May 29, 2025, Election Board meeting as presented.

**PUBLIC COMMENT ON AGENDA ITEMS**
None

**Agenda Items**

1.  **Breaking of Ties From the May 20, 2025 Municipal Primary.**
    Director of Election, Anne Norton, announced the rules of the drawing to break ties.  Three ties for ballot position were decided as follows:

    a.  Democratic Member of Council, St. Lawrence Borough
        i.   Michael C. Fritz – 16
        ii.  David Eggert – 11
    b.  Democratic Member of Council, Robesonia Borough
        i.   Randall Gartner – 7
        ii.  David Bright – 9
    c.  Republican Member of Council, Topton Borough
        i.   Julie Pummer – 9
        ii.  Alane Falcone – 12

2.  **Write-in Vote Cumulation**
    Ms. Norton stated that the Elections staff reviewed approximately 14,000 write-ins for the Municipal Primary.  Further, the Elections office received 81 Petitions to Cumulate from write-in candidates.

    First Assistant County Solicitor, Cody Kauffman, stated that current law is guided by voter intent as it pertains to write-in cumulation.  The Board of Election determines whether or not to grant a candidate's petition to cumulate based upon the Board's determination of voter intent.

1

i. On the motion of Commissioner Santoni, seconded by Commissioner Leinbach, the Board granted Steve Wilson's Petition to Cumulate Democrat write-in votes for Maxatawny Township Supervisor 6-year term, as presented.

ii. On the motion of Commissioner Leinbach, seconded by Commissioner Santoni, the Board granted Michael Stump's Petition to Cumulate Republican write-in votes for Alsace Township Supervisor 6-year term, as presented.

iii. On the motion of Commissioner Santoni, seconded by Commissioner Leinbach, the Board granted Kristi J. Piersol's Petition to Cumulate Democrat write-in votes for Exeter Township Tax Collector 4-year term, as presented.

iv. On the motion of Commissioner Leinbach, seconded by Commissioner Santoni, the Board granted Matthew J. Stitzel's Petition to Cumulate Democrat write-in votes for Berks County Coroner as presented, with the exception of 17 write-in votes for "Mark Stitzel".

v. On the motion of Commissioner Santoni, seconded by Commissioner Leinbach, the Board granted Matthew J. Stitzel's Petition to Cumulate Republican write-in votes for Berks County Coroner as presented, pursuant to Shambach v. Bickhart, 845 A.2d 793 (Pa. 2004).

vi. On the motion of Commissioner Leinbach, seconded by Commissioner Santoni, the Board granted Emily L. Bundy's Petition to Cumulate Republican write-in votes for Bern Township Auditor 4-year term, as presented.

vii. On the motion of Commissioner Santoni, seconded by Commissioner Leinbach, the Board granted Karen E. Levengood's Petition to Cumulate Democrat write-in votes for Alsace Township Tax Collector 4-year term, as presented.

viii. On the motion of Commissioner Leinbach, seconded by Commissioner Santoni, the Board granted Karen E. Levengood's Petition to Cumulate Republican write-in votes for Alsace Township Tax Collector 4-year term, as presented, with the exception of 1 write-in vote for "Karen".

ix. On the motion of Commissioner Leinbach, seconded by Commissioner Santoni, the Board granted Paul David Stengle's Petition to Cumulate Democrat write-in votes for Earl Township Auditor 6-year term, as presented.

x. On the motion of Commissioner Santoni, seconded by Commissioner Leinbach, the Board granted George R. Bell III's Petition to Cumulate Democrat write-in votes for Exeter Township Supervisor 6-year term, as presented.

xi. On the motion of Commissioner Leinbach, seconded by Commissioner Santoni, the Board granted Mark Paine's Petition to Cumulate Democrat write-in votes for Shoemakersville Borough Council 4-year term, as presented.

xii. On the motion of Commissioner Santoni, seconded by Commissioner Leinbach, the Board granted Mark Paine's Petition to Cumulate Republican write-in votes for Shoemakersville Borough Council 4-year term, as presented, with the exception of 1 write-in vote for "Mark" and 1 write-in vote for "Brian Paine".

xiii. On the motion of Commissioner Leinbach, seconded by Commissioner Santoni, the Board granted Tonya Liepins Campbell's Petition to Cumulate Democrat write-in votes for Cumru Township Commissioner 4-year term, as presented.

xiv. On the motion of Commissioner Santoni, seconded by Commissioner Leinbach, the Board granted Matthew Robert McCluskey's Petition to Cumulate Democrat

2

write-in votes for Washington Township Supervisor 6-year term, as presented, with the exception of 1 write-in vote for "Malcom Mcloskey".

xv.   On the motion of Commissioner Leinbach, seconded by Commissioner Santoni, the Board granted Robert John Shuttlesworth's Petition to Cumulate Republican write-in votes for Wyomissing Borough Council 4-year term, as presented.

xvi.   On the motion of Commissioner Santoni, seconded by Commissioner Leinbach, the Board granted Harold W. Steve, Jr.'s Petition to Cumulate Democrat write-in votes for Robeson Township Supervisor 6-year term, as presented.

xvii.   On the motion of Commissioner Leinbach, seconded by Commissioner Santoni, the Board granted Margaret Jean Fix's Petition to Cumulate Democrat write-in votes for Robeson Township Supervisor 6-year term, as presented.

xviii.   On the motion of Commissioner Santoni, seconded by Commissioner Leinbach, the Board granted Katie Ann Monahan's Petition to Cumulate Democrat write-in votes for Kutztown School Director 4-year term, as presented.

xix.   On the motion of Commissioner Leinbach, seconded by Commissioner Santoni, the Board granted Jennifer Heffner's Petition to Cumulate Republican write-in votes for Laureldale Borough Tax Collector 4-year term, as presented.

xx.   On the motion of Commissioner Santoni, seconded by Commissioner Leinbach, the Board granted Cherlynn Martin's Petition to Cumulate Republican write-in votes for Laureldale Borough Mayor 4-year term, as presented.

xxi.   On the motion of Commissioner Leinbach, seconded by Commissioner Santoni, the Board granted Cherlynn Martin's Petition to Cumulate Democrat write-in votes for Laureldale Borough Mayor 4-year term, as presented.

xxii.   On the motion of Commissioner Santoni, seconded by Commissioner Leinbach, the Board granted Willis W. Ruth's Petition to Cumulate Republican write-in votes for Greenwich Township Inspector of Election 4-year term, as presented.

xxiii.   On the motion of Commissioner Leinbach, seconded by Commissioner Santoni, the Board granted Helene Weigle Ruth's Petition to Cumulate Republican write-in votes for Greenwich Township Judge of Election 4-year term, as presented.

xxiv.   On the motion of Commissioner Santoni, seconded by Commissioner Leinbach, the Board granted Brian S. Eveland's Petition to Cumulate Democrat write-in votes for Bern Township Supervisor 6-year term, as presented.

xxv.   On the motion of Commissioner Leinbach, seconded by Commissioner Santoni, the Board granted Janet L. Hess' Petition to Cumulate Republican write-in votes for Laureldale Borough Council 4-year term, as presented, with the exception of 1 write-in vote for "Janet".

xxvi.   On the motion of Commissioner Santoni, seconded by Commissioner Leinbach, the Board granted Ron Peters' Petition to Cumulate Democrat write-in votes for Hamburg Borough Mayor 4-year term, as presented, with the exception of 1 write-in vote for "Ron".

xxvii.   On the motion of Commissioner Leinbach, seconded by Commissioner Santoni, the Board granted Carl Dunn's Petition to Cumulate Democrat write-in votes for Greenwich Township Supervisor 6-year term, as presented.

xxviii.   On the motion of Commissioner Santoni, seconded by Commissioner Leinbach, the Board granted Lelayna April Yarnall's Petition to Cumulate Democrat write-in votes for Daniel Boone School Director 2-year term, as presented.

3

xxix. On the motion of Commissioner Leinbach, seconded by Commissioner Santoni, the Board granted Brandon Pugh's Petition to Cumulate 5 Republican write-in votes for Lyons Borough Mayor 4-year term, as presented; however, the Board denied Mr. Pugh's accompanying "supplemental petition" requesting to be declared the write-in winner as Mr. Pugh did not receive the requisite number of write-in votes to obtain the nomination pursuant to 25 P.S. § 3155.

xxx. On the motion of Commissioner Santoni, seconded by Commissioner Leinbach, the Board granted Robert A. Jacobs' Petition to Cumulate Democrat write-in votes for Birdsboro Borough Council 4-year term, as presented, with the exception of 1 write-in vote for "Robert".

xxxi. On the motion of Commissioner Leinbach, seconded by Commissioner Santoni, the Board granted Robert A. Jacobs' Petition to Cumulate Republican write-in votes for Birdsboro Borough Council 4-year term, as presented.

xxxii. On the motion of Commissioner Santoni, seconded by Commissioner Leinbach, the Board granted Nancy L.S. Kauffman's Petition to Cumulate Republican write-in votes for Birdsboro Borough Council 4-year term, as presented.

xxxiii. On the motion of Commissioner Leinbach, seconded by Commissioner Santoni, the Board granted Beth Ann Young's Petition to Cumulate Republican write-in votes for Laureldale Borough Council 4-year term, as presented.

xxxiv. On the motion of Commissioner Santoni, seconded by Commissioner Leinbach, the Board granted Ann L. Reynolds' Petition to Cumulate Republican write-in votes for Robesonia Borough Tax Collector 4-year term, as presented.

xxxv. On the motion of Commissioner Leinbach, seconded by Commissioner Santoni, the Board granted Nancy L.S. Kauffman's Petition to Cumulate Democrat write-in votes for Birdsboro Borough Council 4-year term, as presented, with the exception of 1 write-in vote for "Nancy".

xxxvi. On the motion of Commissioner Santoni, seconded by Commissioner Leinbach, the Board granted Ann L. Reynolds' Petition to Cumulate Democrat write-in votes for Robesonia Borough Tax Collector 4-year term, as presented.

xxxvii. On the motion of Commissioner Leinbach, seconded by Commissioner Santoni, the Board granted David M. Bright's Petition to Cumulate Democrat write-in votes for Robesonia Borough Council 4-year term, as presented.

xxxviii. On the motion of Commissioner Santoni, seconded by Commissioner Leinbach, the Board granted David L. Behm's Petition to Cumulate Republican write-in votes for Upper Tulpehocken Township Supervisor 6-year term, as presented.

xxxix. On the motion of Commissioner Leinbach, seconded by Commissioner Santoni, the Board granted David L. Behm's Petition to Cumulate Democrat write-in votes for Upper Tulpehocken Township Supervisor 6-year term, as presented.

xl. On the motion of Commissioner Santoni, seconded by Commissioner Leinbach, the Board granted Marsha A. Wert's Petition to Cumulate Republican write-in votes for Exeter Township Majority Inspector 4-year term, as presented.

xli. On the motion of Commissioner Leinbach, seconded by Commissioner Santoni, the Board granted Nathan Hollister's Petition to Cumulate Republican write-in votes for Kutztown Borough Mayor 4-year term, as presented.

4

xlii.   On the motion of Commissioner Santoni, seconded by Commissioner Leinbach, the Board granted Giovanna Romano's Petition to Cumulate Democrat write-in votes for Kutztown Borough Council 4-year term, as presented.

xliii.  On the motion of Commissioner Leinbach, seconded by Commissioner Santoni, the Board granted Frederick C. Levering's Petition to Cumulate Democrat write-in votes for Wyomissing Borough Mayor 4-year term, as presented.

xliv.   On the motion of Commissioner Santoni, seconded by Commissioner Leinbach, the Board granted Nytza I. Santiago's Petition to Cumulate Republican write-in votes for Laureldale Borough Council 4-year term, as presented.

xlv.    On the motion of Commissioner Leinbach, seconded by Commissioner Santoni, the Board granted Wesley O. Roma's Petition to Cumulate Republican write-in votes for Washington Township Auditor 6-year term, as presented.

xlvi.   On the motion of Commissioner Santoni, seconded by Commissioner Leinbach, the Board granted Matthew Elgonitis' Petition to Cumulate Republican write-in votes for Birdsboro Borough Council 4-year term, as presented.

xlvii.  On the motion of Commissioner Santoni, seconded by Commissioner Leinbach, the Board granted Jared Robert Myers' Petition to Cumulate Democrat write-in votes for Birdsboro Borough Council 4-year term, as presented.

xlviii. On the motion of Commissioner Leinbach, seconded by Commissioner Santoni, the Board granted Richard John Martino's Petition to Cumulate Republican write-in votes for Daniel Boone School Director 2-year term, as presented.

xlix.   On the motion of Commissioner Santoni, seconded by Commissioner Leinbach, the Board granted Robert W. Reynolds, Jr.'s Petition to Cumulate Republican write-in votes for Maxatawny Township Supervisor 6-year term, as presented.

l.      On the motion of Commissioner Leinbach, seconded by Commissioner Santoni, the Board granted David B. Scheidt's Petition to Cumulate Republican write-in votes for Exeter Township Auditor as presented.

li.     On the motion of Commissioner Leinbach, seconded by Commissioner Santoni, the Board granted Kenneth Tom Parris' Petition to Cumulate Democrat write-in votes for Caernarvon Township Supervisor 6-year term, as presented.

lii.    On the motion of Commissioner Santoni, seconded by Commissioner Leinbach, the Board granted Alison Epting's Petition to Cumulate Democrat write-in votes for Tilden Township Tax Collector 4-year term, as presented, with the exception of 1 write-in vote for "Allison".

liii.   On the motion of Commissioner Leinbach, seconded by Commissioner Santoni, the Board granted Joshua Lee Adams' Petition to Cumulate Republican write-in votes for Union Township Supervisor 6-year term, as presented, with the exception of 1 write-in vote for "Joshua Taylor".

liv.    On the motion of Commissioner Santoni, seconded by Commissioner Leinbach, the Board granted Jonathan K. DelCollo's Petition to Cumulate Democrat write-in votes for Berks County Prothonotary as presented, with the exception of 1 write-in vote for "John Dercola" and 1 write-in vote for "Dell conno".

lv.     On the motion of Commissioner Leinbach, seconded by Commissioner Santoni, the Board granted Christopher Forte's Petition to Cumulate Democrat write-in votes for Tilden Township Supervisor 6-year term, as presented.

5

lvi.  On the motion of Commissioner Santoni, seconded by Commissioner Leinbach, the Board granted Christopher Forte's Petition to Cumulate Republican write-in votes for Tilden Township Supervisor 6-year term, as presented, with the exception of 1 write-in vote for "Crfrte".

lvii.  On the motion of Commissioner Leinbach, seconded by Commissioner Santoni, the Board granted Mitchell R. Darcourt's Petition to Cumulate Democrat write-in votes for Berks County Treasurer as presented, with the exception of 1 write-in vote for "Mitch".

lviii.  On the motion of Commissioner Santoni, seconded by Commissioner Leinbach, the Board granted Jamie L. Schur's Petition to Cumulate Democrat write-in votes for Bernville Borough Mayor 4-year term, as presented.

lix.  On the motion of Commissioner Leinbach, seconded by Commissioner Santoni, the Board granted Isaac J. Jones' Petition to Cumulate Republican write-in votes for Union Township Supervisor 6-year term, as presented, with the exception of 1 write-in vote for "Issac".

lx.  On the motion of Commissioner Santoni, seconded by Commissioner Leinbach, the Board granted Thomas Moorhead's Petition to Cumulate Democrat write-in votes for Bethel Township Supervisor 6-year term, as presented.

lxi.  On the motion of Commissioner Leinbach, seconded by Commissioner Santoni, the Board granted Sherri A. Freifelder's Petition to Cumulate Democrat write-in votes for South Heidelberg Township Judge of Election 4-year term, as presented.

lxii.  On the motion of Commissioner Santoni, seconded by Commissioner Leinbach, the Board granted Tara Kennedy-Kline's Petition to Cumulate Democrat write-in votes for Shoemakersville Borough Council 4-year term, as presented.

lxiii.  On the motion of Commissioner Leinbach, seconded by Commissioner Santoni, the Board granted Mark Todd Watkins' Petition to Cumulate Republican write-in votes for Fleetwood Borough Council 4-year term, as presented.

lxiv.  On the motion of Commissioner Santoni, seconded by Commissioner Leinbach, the Board granted Mark Todd Watkins' Petition to Cumulate Democrat write-in votes for Fleetwood Borough Council 4-year term, as presented.

lxv.  On the motion of Commissioner Leinbach, seconded by Commissioner Santoni, the Board granted Heather Lynn Sustello's Petition to Cumulate Republican write-in votes for Laureldale Borough Council 4-year term, as presented.

lxvi.  On the motion of Commissioner Santoni, seconded by Commissioner Leinbach, the Board granted Jami D. Jamison's Petition to Cumulate Democrat write-in votes for Bern Township Tax Collector 4-year term, as presented.

lxvii.  On the motion of Commissioner Leinbach, seconded by Commissioner Santoni, the Board granted Thomas L. Schoener's Petition to Cumulate Republican write-in votes for Heidelberg Township Supervisor 6-year term, as presented.

lxviii.  On the motion of Commissioner Leinbach, seconded by Commissioner Santoni, the Board granted Ronald B. Mest, Jr.'s Petition to Cumulate Republican write-in votes for Douglass Township Supervisor 6-year term, as presented, with the exception of 1 write-in vote for "Metz".

lxix. On the motion of Commissioner Santoni, seconded by Commissioner Leinbach, the Board granted Lisa B. Bingaman's Petition to Cumulate Republican write-in votes for Amity Township Tax Collector 4-year term, as presented.

lxx. On the motion of Commissioner Leinbach, seconded by Commissioner Santoni, the Board granted Robert Posenauer's Petition to Cumulate Republican write-in votes for Colebrookdale Township Judge of Election 4-year term, as presented.

lxxi. On the motion of Commissioner Santoni, seconded by Commissioner Leinbach, the Board granted Beth A. Sattizahn's Petition to Cumulate Democrat write-in votes for Robesonia Borough Council 4-year term, as presented.

lxxii. On the motion of Commissioner Leinbach, seconded by Commissioner Santoni, the Board granted Randall D. Gartner's Petition to Cumulate Democrat write-in votes for Robesonia Borough Council 4-year term, as presented.

lxxiii. On the motion of Commissioner Santoni, seconded by Commissioner Leinbach, the Board granted Harry L. Fox, Jr.'s Petition to Cumulate Republican write-in votes for Tulpehocken School Director 4-year term, as presented, with the exception of 2 write-in votes for "Rusty Fox".

lxxiv. On the motion of Commissioner Leinbach, seconded by Commissioner Santoni, the Board granted Zachary Stevenson Baker's Petition to Cumulate Republican write-in votes for Brecknock Township Judge of Election 4-year term, as presented.

lxxv. On the motion of Commissioner Santoni, seconded by Commissioner Leinbach, the Board granted Carl E. Reidler's Petition to Cumulate Republican write-in votes for Wernersville Borough Mayor 4-year term, as presented.

lxxvi. On the motion of Commissioner Leinbach, seconded by Commissioner Santoni, the Board granted Mandy P. Miller's Petition to Cumulate Democrat write-in votes for Berks County Sheriff as presented, with the exception of 34 write-in votes for "Miller".

lxxvii. On the motion of Commissioner Santoni, seconded by Commissioner Leinbach, the Board granted Paul L. Whiteman, Jr.'s Petition to Cumulate Republican write-in votes for Caernarvon Township Supervisor 6-year term, as presented, with the exception of 1 write-in vote for "Paul Whitmeyer, Jr."

lxxviii. On the motion of Commissioner Leinbach, seconded by Commissioner Santoni, the Board granted Jason S. Coyle's Petition to Cumulate Democrat write-in votes for Brecknock Township Supervisor 2-year term, as presented.

lxxix. On the motion of Commissioner Santoni, seconded by Commissioner Leinbach, the Board granted Ronald J. McClure's Petition to Cumulate Democrat write-in votes for Brecknock Township Supervisor 6-year term, as presented.

lxxx. On the motion of Commissioner Leinbach, seconded by Commissioner Santoni, the Board granted Michael N. Oswald's Petition to Cumulate Republican write-in votes for Hamburg Borough Council 4-year term, as presented.

lxxxi. On the motion of Commissioner Santoni, seconded by Commissioner Leinbach, the Board granted Anthony Tucci's Petition to Cumulate Republican write-in votes for Birdsboro Borough Council 4-year term, as presented.

3. **Authorize Execution of the Following:**
   a. On the motion of Commissioner Santoni, seconded by Commissioner Leinbach, the Board authorized the execution of the votes cast for state-wide offices from the May 20, 2025 Municipal Primary to the Department of State Bureau of Elections.
   b. On the motion of Commissioner Leinbach, seconded by Commissioner Santoni, the Board authorized the certification of the official results of votes cast during the Municipal Primary held on May 20, 2025.

4. **Discussion and decision as to whether to refer the Washington Township supervisor candidate complaints to the District Attorney's Office for further investigation**
   Assistant County Solicitor, Alexa Antanavage, briefly explained issues surrounding the Washington Township supervisor candidate, including discrepancies with the candidate and committee campaign finance reports. Given the inconsistencies, Ms. Antanavage recommends referring the Washington Township supervisor candidate complaints to the District Attorney's office. On the motion of Commissioner Leinbach, seconded by Commissioner Santoni, the Board referred the Washington Township supervisor candidate complaints to the District Attorney's office for further investigation.

5. **Discussion of Oley Valley School District election advertising complaint for decision as to whether to refer the matter to the District Attorney's office for further investigation**
   Mr. Kauffman explained that a complaint was submitted to the Election Services office regarding a text message sent on May 19, 2025 to registered Republicans in the Oley Valley School District which advocated for the election or opposition of certain candidates. Mr. Kauffman stated the text message did not include a disclaimer as to who paid for the text message. Therefore, Mr. Kauffman recommended forwarding the complaint to the District Attorney's office. On the motion of Commissioner Santoni, seconded by Commissioner Leinbach, the Board approved the referral of the Oley Valley School District election advertising complaint to the District Attorney's office for further investigation.

6. **Discussion and decision regarding the handling of campaign signage/advertising complaints**
   In response to the high number of campaign signage and advertising complaints, the Board discussed establishing guidelines for managing campaign signage/advertising complaints. On the motion of Commissioner Leinbach, seconded by Commissioner Santoni, the Board approved the County Solicitor's office and the Election Services work jointly to establish uniform guidelines for handling campaign signage and advertising complaints.

**Election Director's Report**

Ms. Norton stated that close to 100 candidates were nominated through write-ins in the 2025 Municipal Primary.  The Election Services office will notify the winners about the next steps to take for accepting the nomination.

Additionally, Ms. Norton stated that the 2% audit was completed with no differences noted.

Lastly, Ms. Norton stated that the official results for the 2025 Municipal Primary will be posted to the website.

**General Comments from the Board regarding current election-related issues**

The Board of Elections thanked the Election Services staff, Anne Norton, Cody Kauffman and Alexa Antanavage for all their work during the Municipal Primary.  The Board also congratulated all the candidates who participated in the Municipal Primary.

Commissioner Leinbach read a letter from a constituent who serves as Judge of Election. The letter highly commended Anne Norton for her work and dedication as the Election Services Director.  Commissioner Leinbach entertained a motion to add the letter to the official record.  On the motion of Commissioner Santoni, seconded by Commissioner Rivera, the Board approved adding the letter to the official meeting record.

**Public Comment**

Jeffrey Wolfe, of Brecknock Township, spoke about the importance of accuracy when counting ballots and using a hand count to audit the results if there are any discrepancies or accuracy concerns.

Andrew Kline, Alsace Township, commended and thanked Anne Norton for her service to the County.  Mr. Kline noted that the letter Commissioner Leinbach read is exactly true to Anne and the quality work she does for the community.

**Adjournment:** 2:03 P.M.

Respectfully Submitted,

_Anne Norton_

Anne Norton, Chief Clerk

9



Christian Y. Leinbach, Commission and Chair
Berks County Board of Commissioners
Services Center, 1st Floor
633 Court Street
Reading, PA 19601

Dear Commissioner Leinbach:

I am currently and have been for about five years a judge of elections. The purpose of this letter is to thank the Board for hiring Anne Norton as Director of the Board of Elections and to let you know that she is doing a remarkably good job supporting us.

I practiced law for over 40 years and interacted with local officials throughout the United States in connection with large and often controversial energy projects. This experience taught me what good governance and leadership is and by every measure Ann is a living example of it.

Here are some specifics: (1) Ann routinely attends election worker training sessions, listens and often writes down the questions that are asked. I think that she views the questions as an indicator of where improvements are needed and follows-up. (2) Ann either herself or through her staff promptly responds to questions and requests. (3) When Ann is asked if a process can be changed, she explains directly and clearly if there is a legal, financial or other constraint precluding its adoption. When it is possible to make the change, she does so promptly, often giving credit to election workers for its suggestion. (4) Perhaps most importantly her leadership demonstrates dedicated public service with integrity, virtue and excellence. Through her actions she sets the standard to which each poll worker understands they are expected to adhere.

I told Ann that I was sending you this letter because I did not want to inadvertently do anything to complicate her already busy life. She smiled, thanked me and told me that it was up to me to decide what to do. That's Ann.

Sincerely,



Sanford L. Hartman

# Exhibit F

# Exhibit F

COMMONWEALTH OF PENNSYLVANIA

CERTIFICATION AFFIDAVIT FOR
THE COUNTY OF

BERKS

2025 Municipal Primary

May 20, 2025

I HEREBY AFFIRM that the attached is a report containing the total number of registered voters for each political party in each voting district as of the date below, submitted within twenty (20) days after the close of registration to the Bureau of Commissions, Elections, and Legislation of the Department of State in accordance with Section 302(m) of the Pennsylvania Election Code.

Anne Norton
_____
Signature of Chief Clerk or Authorized Representative

COUNTY BOARD OF ELECTIONS


DATE: 05/14/2025
_____

PENNSYLVANIA
DEPARTMENT OF STATE

BUREAU OF ELECTIONS
VOTER REGISTRATION STATISTICS
2025 Municipal Primary
05/20/2025

DATE 5/14/2025
PAGE NO.   1 of  8

COUNTY - 06 BERKS

| Precinct Code | Precinct Description | DEM | REP | LIB | Other | Total |
|---|---|---|---|---|---|---|
| 100101 | READING - 1ST WARD | 538 | 155 | 8 | 217 | 918 |
| 100201 | READING - 2ND WARD | 404 | 91 | 4 | 177 | 676 |
| 100301 | READING - 3RD WARD 1ST PRECINCT | 722 | 228 | 10 | 331 | 1,291 |
| 100302 | READING - 3RD WARD 2ND PRECINCT | 661 | 184 | 4 | 304 | 1,153 |
| 100401 | READING - 4TH WARD | 416 | 116 | 3 | 208 | 743 |
| 100501 | READING - 5TH WARD | 308 | 66 | 1 | 159 | 534 |
| 100601 | READING - 6TH WARD 1ST PRECINCT | 411 | 94 | 6 | 191 | 702 |
| 100603 | READING - 6TH WARD 3RD PRECINCT | 981 | 196 | 4 | 381 | 1,562 |
| 100701 | READING - 7TH WARD | 639 | 257 | 4 | 373 | 1,273 |
| 100801 | READING - 8TH WARD | 678 | 224 | 7 | 279 | 1,188 |
| 100902 | READING - 9TH WARD 2ND PRECINCT | 523 | 161 | 4 | 270 | 958 |
| 100905 | READING - 9TH WARD 5TH PRECINCT | 437 | 151 | 8 | 178 | 774 |
| 101001 | READING - 10TH WARD | 760 | 200 | 10 | 418 | 1,388 |
| 101102 | READING - 11TH WARD 2ND PRECINCT | 657 | 195 | 8 | 285 | 1,145 |
| 101103 | READING - 11TH WARD 3RD PRECINCT | 274 | 86 | 3 | 141 | 504 |
| 101201 | READING - 12TH WARD 1ST PRECINCT | 349 | 124 | 2 | 259 | 734 |
| 101203 | READING - 12TH WARD 3RD PRECINCT | 518 | 153 | 4 | 250 | 925 |
| 101205 | READING - 12TH WARD 5TH PRECINCT | 259 | 62 | 1 | 133 | 455 |
| 101301 | READING - 13TH WARD 1ST PRECINCT | 169 | 45 | 0 | 85 | 299 |
| 101302 | READING - 13TH WARD 2ND PRECINCT | 471 | 143 | 7 | 241 | 862 |
| 101305 | READING - 13TH WARD 5TH PRECINCT | 540 | 162 | 7 | 254 | 963 |
| 101401 | READING - 14TH WARD 1ST PRECINCT | 553 | 171 | 6 | 225 | 955 |
| 101404 | READING - 14TH WARD 4TH PRECINCT | 555 | 170 | 6 | 230 | 961 |
| 101405 | READING - 14TH WARD 5TH PRECINCT | 490 | 149 | 4 | 210 | 853 |

PENNSYLVANIA
DEPARTMENT OF STATE

BUREAU OF ELECTIONS
VOTER REGISTRATION STATISTICS
2025 Municipal Primary
05/20/2025

DATE 5/14/2025
PAGE NO.   2  of  8

COUNTY - 06 BERKS

| Precinct Code | Precinct Description | DEM | REP | LIB | Other | Total |
|---|---|---|---|---|---|---|
| 101406 | READING - 14TH WARD 6TH PRECINCT | 351 | 121 | 3 | 181 | 656 |
| 101501 | READING - 15TH WARD 1ST PRECINCT | 493 | 130 | 0 | 288 | 911 |
| 101502 | READING - 15TH WARD 2ND PRECINCT | 892 | 232 | 9 | 417 | 1,550 |
| 101506 | READING - 15TH WARD 6TH PRECINCT | 589 | 156 | 6 | 264 | 1,015 |
| 101507 | READING - 15TH WARD 7TH PRECINCT | 537 | 190 | 4 | 205 | 936 |
| 101601 | READING - 16TH WARD 1ST PRECINCT | 579 | 204 | 7 | 296 | 1,086 |
| 101602 | READING - 16TH WARD 2ND PRECINCT | 387 | 123 | 7 | 173 | 690 |
| 101604 | READING - 16TH WARD 4TH PRECINCT | 572 | 220 | 7 | 280 | 1,079 |
| 101605 | READING - 16TH WARD 5TH PRECINCT | 359 | 163 | 2 | 165 | 689 |
| 101701 | READING - 17TH WARD 1ST PRECINCT | 476 | 150 | 5 | 243 | 874 |
| 101702 | READING - 17TH WARD 2ND PRECINCT | 313 | 105 | 4 | 139 | 561 |
| 101705 | READING - 17TH WARD 5TH PRECINCT | 722 | 242 | 9 | 247 | 1,220 |
| 101707 | READING - 17TH WARD 7TH PRECINCT | 542 | 210 | 7 | 154 | 913 |
| 101708 | READING - 17TH WARD 8TH PRECINCT | 628 | 204 | 4 | 219 | 1,055 |
| 101801 | READING - 18TH WARD 1ST PRECINCT | 645 | 335 | 11 | 237 | 1,228 |
| 101802 | READING - 18TH WARD 2ND PRECINCT | 620 | 276 | 5 | 212 | 1,113 |
| 101803 | READING - 18TH WARD 3RD PRECINCT | 480 | 228 | 4 | 228 | 940 |
| 101804 | READING - 18TH WARD 4TH PRECINCT | 730 | 245 | 6 | 281 | 1,262 |
| 101901 | READING - 19TH WARD 1ST | 664 | 221 | 2 | 262 | 1,149 |

PENNSYLVANIA                     BUREAU OF ELECTIONS                    DATE 5/14/2025
DEPARTMENT OF STATE          VOTER REGISTRATION STATISTICS         PAGE NO.   3 of  8
                                2025 Municipal Primary
                                     05/20/2025

COUNTY - 06 BERKS

| Precinct Code | Precinct Description | DEM | REP | LIB | Other | Total |
|---|---|---|---|---|---|---|
| | PRECINCT | | | | | |
| 101902 | READING - 19TH WARD 2ND PRECINCT | 566 | 172 | 6 | 217 | 961 |
| 210001 | ALBANY | 294 | 811 | 8 | 173 | 1,286 |
| 220001 | ALSACE TWP - 1ST PRECINCT | 448 | 733 | 9 | 225 | 1,415 |
| 220002 | ALSACE TWP - 2ND PRECINCT | 425 | 675 | 6 | 185 | 1,291 |
| 230001 | LOWER ALSACE TWP - 1ST PRECINCT | 553 | 476 | 13 | 213 | 1,255 |
| 230002 | LOWER ALSACE TWP - 2ND PRECINCT | 866 | 777 | 20 | 337 | 2,000 |
| 240001 | AMITY TWP - 1ST PRECINCT | 301 | 527 | 2 | 149 | 979 |
| 240002 | AMITY TWP - 2ND PRECINCT | 610 | 810 | 9 | 285 | 1,714 |
| 240003 | AMITY TWP - 3RD PRECINCT | 603 | 701 | 10 | 269 | 1,583 |
| 240004 | AMITY TWP - 4TH PRECINCT | 779 | 945 | 11 | 335 | 2,070 |
| 240005 | AMITY TWP - 5TH PRECINCT | 457 | 771 | 11 | 241 | 1,480 |
| 240006 | AMITY TWP - 6TH PRECINCT | 530 | 813 | 13 | 257 | 1,613 |
| 250001 | BALLY BORO | 289 | 408 | 5 | 143 | 845 |
| 260001 | BECHTELSVILLE BORO | 168 | 309 | 3 | 91 | 571 |
| 270001 | BERN TWP - 1ST PRECINCT | 666 | 1,083 | 8 | 285 | 2,042 |
| 270002 | BERN TWP - 2ND PRECINCT | 324 | 655 | 9 | 175 | 1,163 |
| 270003 | BERN TWP - 3RD PRECINCT | 383 | 412 | 4 | 126 | 925 |
| 280001 | UPPER BERN TWP | 248 | 789 | 7 | 134 | 1,178 |
| 290001 | BERNVILLE BORO | 185 | 297 | 6 | 86 | 574 |
| 300001 | BETHEL TWP | 304 | 1,516 | 16 | 245 | 2,081 |
| 310001 | BIRDSBORO BORO - 1ST PRECINCT | 517 | 566 | 7 | 254 | 1,344 |
| 310002 | BIRDSBORO BORO - 2ND PRECINCT | 673 | 867 | 23 | 336 | 1,899 |
| 330001 | BOYERTOWN BORO - 1ST PRECINCT | 466 | 662 | 9 | 240 | 1,377 |
| 330002 | BOYERTOWN BORO - 2ND PRECINCT | 405 | 599 | 12 | 233 | 1,249 |
| 340001 | BRECKNOCK TWP - 1ST PRECINCT | 400 | 833 | 5 | 210 | 1,448 |
| 340002 | BRECKNOCK TWP - 2ND PRECINCT | 492 | 1,139 | 13 | 262 | 1,906 |
| 350001 | CAERNARVON TWP - 1ST PRECINCT | 424 | 838 | 7 | 240 | 1,509 |
| 350002 | CAERNARVON TWP - 2ND PRECINCT | 416 | 832 | 10 | 255 | 1,513 |
| 360001 | CENTRE TWP - 1ST PRECINCT | 385 | 942 | 13 | 193 | 1,533 |

PENNSYLVANIA                    BUREAU OF ELECTIONS                    DATE 5/14/2025
DEPARTMENT OF STATE        VOTER REGISTRATION STATISTICS        PAGE NO.    4  of  8
                                 2025 Municipal Primary
                                      05/20/2025

COUNTY - 06 BERKS

| Precinct Code | Precinct Description | DEM | REP | LIB | Other | Total |
|---|---|---|---|---|---|---|
| 360002 | CENTRE TWP - 2ND PRECINCT | 365 | 856 | 12 | 211 | 1,444 |
| 370001 | CENTERPORT BORO | 66 | 135 | 4 | 31 | 236 |
| 380001 | COLEBROOKDALE TWP - 1ST PRECINCT | 637 | 1,154 | 20 | 310 | 2,121 |
| 380002 | COLEBROOKDALE TWP - 2ND PRECINCT | 426 | 716 | 7 | 207 | 1,356 |
| 390001 | CUMRU TWP - 1ST PRECINCT | 698 | 902 | 5 | 252 | 1,857 |
| 390002 | CUMRU TWP - 2ND PRECINCT | 511 | 835 | 9 | 226 | 1,581 |
| 390003 | CUMRU TWP - 3RD PRECINCT | 527 | 744 | 10 | 269 | 1,550 |
| 390004 | CUMRU TWP - 4TH PRECINCT | 776 | 718 | 9 | 304 | 1,807 |
| 390005 | CUMRU TWP - 5TH PRECINCT | 574 | 776 | 13 | 263 | 1,626 |
| 390006 | CUMRU TWP - 6TH PRECINCT | 569 | 479 | 4 | 207 | 1,259 |
| 390007 | CUMRU TWP - 7TH PRECINCT | 709 | 484 | 11 | 256 | 1,460 |
| 400001 | DISTRICT TWP | 289 | 558 | 10 | 134 | 991 |
| 410001 | DOUGLASS TWP - 1ST PRECINCT | 510 | 775 | 12 | 207 | 1,504 |
| 410002 | DOUGLASS TWP - 2ND PRECINCT | 293 | 800 | 7 | 192 | 1,292 |
| 420001 | EARL TWP - 1ST PRECINCT | 304 | 647 | 7 | 155 | 1,113 |
| 420002 | EARL TWP - 2ND PRECINCT | 298 | 718 | 9 | 157 | 1,182 |
| 430001 | EXETER TWP - 1ST PRECINCT | 286 | 544 | 6 | 147 | 983 |
| 430002 | EXETER TWP - 2ND PRECINCT | 509 | 681 | 7 | 259 | 1,456 |
| 430003 | EXETER TWP - 3RD PRECINCT | 762 | 859 | 14 | 305 | 1,940 |
| 430004 | EXETER TWP - 4TH PRECINCT | 828 | 916 | 12 | 307 | 2,063 |
| 430005 | EXETER TWP - 5TH PRECINCT | 651 | 546 | 9 | 295 | 1,501 |
| 430006 | EXETER TWP - 6TH PRECINCT | 774 | 857 | 10 | 285 | 1,926 |
| 430007 | EXETER TWP - 7TH PRECINCT | 589 | 644 | 4 | 248 | 1,485 |
| 430008 | EXETER TWP - 8TH PRECINCT | 873 | 1,176 | 15 | 371 | 2,435 |
| 430009 | EXETER TWP - 9TH PRECINCT | 484 | 606 | 2 | 195 | 1,287 |
| 430010 | EXETER TWP - 10TH PRECINCT | 507 | 676 | 12 | 216 | 1,411 |
| 430011 | EXETER TWP -11TH PRECINCT | 611 | 542 | 10 | 246 | 1,409 |
| 440001 | FLEETWOOD BORO - 1ST PRECINCT | 502 | 601 | 9 | 223 | 1,335 |
| 440002 | FLEETWOOD BORO - 2ND PRECINCT | 473 | 674 | 9 | 242 | 1,398 |
| 450001 | GREENWICH TWP - 1ST PRECINCT | 299 | 654 | 7 | 136 | 1,096 |

PENNSYLVANIA
DEPARTMENT OF STATE

BUREAU OF ELECTIONS
VOTER REGISTRATION STATISTICS
2025 Municipal Primary
05/20/2025

DATE 5/14/2025
PAGE NO.    5  of   8

COUNTY - 06 BERKS

| Precinct Code | Precinct Description | DEM | REP | LIB | Other | Total |
|---|---|---|---|---|---|---|
| 450002 | GREENWICH TWP - 2ND PRECINCT | 388 | 821 | 11 | 188 | 1,408 |
| 460001 | HAMBURG BORO - 1ST PRECINCT | 515 | 786 | 12 | 271 | 1,584 |
| 460002 | HAMBURG BORO - 2ND PRECINCT | 431 | 706 | 6 | 219 | 1,362 |
| 480001 | HEIDELBERG TWP | 288 | 676 | 3 | 128 | 1,095 |
| 490001 | LOWER HEIDELBERG TWP - 1ST PRECINCT | 613 | 922 | 6 | 251 | 1,792 |
| 490002 | LOWER HEIDELBERG TWP - 2ND PRECINCT | 416 | 676 | 4 | 166 | 1,262 |
| 490003 | LOWER HEIDELBERG TWP - 3RD PRECINCT | 613 | 891 | 9 | 272 | 1,785 |
| 500001 | NORTH HEIDELBERG TWP | 251 | 569 | 5 | 96 | 921 |
| 510001 | SOUTH HEIDELBERG TWP - 1ST PRECINCT | 453 | 850 | 13 | 226 | 1,542 |
| 510002 | SOUTH HEIDELBERG TWP - 2ND PRECINCT | 896 | 1,161 | 13 | 342 | 2,412 |
| 510003 | SOUTH HEIDELBERG TWP - 3RD PRECINCT | 457 | 744 | 9 | 192 | 1,402 |
| 520001 | HEREFORD TWP - 1ST PRECINCT | 258 | 442 | 5 | 129 | 834 |
| 520002 | HEREFORD TWP - 2ND PRECINCT | 367 | 662 | 5 | 219 | 1,253 |
| 530001 | JEFFERSON TWP | 393 | 892 | 11 | 225 | 1,521 |
| 540001 | KENHORST BORO - 1ST PRECINCT | 516 | 368 | 6 | 215 | 1,105 |
| 540002 | KENHORST BORO - 2ND PRECINCT | 328 | 296 | 6 | 154 | 784 |
| 550001 | KUTZTOWN BORO - 1ST WARD | 806 | 712 | 17 | 276 | 1,811 |
| 550002 | KUTZTOWN BORO - 2ND WARD | 473 | 338 | 8 | 168 | 987 |
| 570001 | LAURELDALE BORO - 1ST PRECINCT | 764 | 447 | 9 | 287 | 1,507 |
| 570002 | LAURELDALE BORO - 2ND PRECINCT | 503 | 354 | 7 | 215 | 1,079 |
| 580001 | LENHARTSVILLE BORO | 21 | 72 | 1 | 12 | 106 |
| 590001 | LONGSWAMP TWP - 1ST PRECINCT | 512 | 888 | 13 | 231 | 1,644 |
| 590002 | LONGSWAMP TWP - 2ND PRECINCT | 589 | 1,107 | 13 | 364 | 2,073 |
| 600001 | LYONS BORO | 118 | 122 | 4 | 44 | 288 |
| 610001 | MAIDENCREEK TWP - 1ST PRECINCT | 558 | 777 | 10 | 264 | 1,609 |
| 610002 | MAIDENCREEK TWP - 2ND PRECINCT | 457 | 687 | 12 | 205 | 1,361 |
| 610003 | MAIDENCREEK TWP - 3RD PRECINCT | 687 | 912 | 18 | 278 | 1,895 |

PENNSYLVANIA
DEPARTMENT OF STATE

BUREAU OF ELECTIONS
VOTER REGISTRATION STATISTICS
2025 Municipal Primary
05/20/2025

DATE 5/14/2025
PAGE NO.   6  of  8

COUNTY - 06 BERKS

| Precinct Code | Precinct Description | DEM | REP | LIB | Other | Total |
|---|---|---|---|---|---|---|
| 610004 | MAIDENCREEK TWP - 4TH PRECINCT | 515 | 720 | 7 | 211 | 1,453 |
| 620001 | MARION TWP | 266 | 758 | 4 | 144 | 1,172 |
| 630001 | MAXATAWNY TWP - 1ST PRECINCT | 213 | 395 | 6 | 91 | 705 |
| 630002 | MAXATAWNY TWP - 2ND PRECINCT | 108 | 174 | 1 | 58 | 341 |
| 630003 | MAXATAWNY TWP - 3RD PRECINCT | 684 | 731 | 15 | 296 | 1,726 |
| 640001 | MT PENN BORO | 975 | 527 | 20 | 366 | 1,888 |
| 650001 | MOHNTON BORO | 744 | 929 | 15 | 368 | 2,056 |
| 660001 | MUHLENBERG TWP - 1ST PRECINCT | 504 | 272 | 4 | 199 | 979 |
| 660002 | MUHLENBERG TWP - 2ND PRECINCT | 603 | 478 | 8 | 226 | 1,315 |
| 660003 | MUHLENBERG TWP - 3RD PRECINCT | 617 | 559 | 5 | 221 | 1,402 |
| 660004 | MUHLENBERG TWP - 4TH PRECINCT | 753 | 395 | 8 | 283 | 1,439 |
| 660005 | MUHLENBERG TWP - 5TH PRECINCT | 811 | 539 | 11 | 374 | 1,735 |
| 660006 | MUHLENBERG TWP - 6TH PRECINCT | 470 | 409 | 8 | 142 | 1,029 |
| 660007 | MUHLENBERG TWP - 7TH PRECINCT | 845 | 697 | 5 | 286 | 1,833 |
| 660008 | MUHLENBERG TWP - 8TH PRECINCT | 564 | 433 | 5 | 179 | 1,181 |
| 660009 | MUHLENBERG TWP - 9TH PRECINCT | 663 | 542 | 5 | 237 | 1,447 |
| 660010 | MUHLENBERG TWP - 10TH PRECINCT | 678 | 529 | 5 | 289 | 1,501 |
| 670001 | OLEY TWP - 1ST PRECINCT | 362 | 712 | 10 | 172 | 1,256 |
| 670002 | OLEY TWP - 2ND PRECINCT | 441 | 930 | 6 | 219 | 1,596 |
| 680001 | ONTELAUNEE TWP | 752 | 927 | 15 | 332 | 2,026 |
| 690001 | PENN TWP | 373 | 994 | 5 | 221 | 1,593 |
| 700001 | PERRY TWP | 430 | 1,058 | 10 | 222 | 1,720 |
| 710001 | PIKE TWP | 382 | 728 | 7 | 170 | 1,287 |
| 720001 | RICHMOND TWP | 696 | 1,220 | 18 | 365 | 2,299 |
| 730001 | ROBESON TWP - 1ST PRECINCT | 339 | 992 | 7 | 190 | 1,528 |
| 730002 | ROBESON TWP - 2ND PRECINCT | 318 | 669 | 4 | 186 | 1,177 |
| 730003 | ROBESON TWP - 3RD PRECINCT | 328 | 935 | 8 | 225 | 1,496 |
| 730004 | ROBESON TWP - 4TH PRECINCT | 337 | 731 | 6 | 179 | 1,253 |
| 740001 | ROBESONIA BORO | 482 | 710 | 14 | 239 | 1,445 |
| 750001 | ROCKLAND TWP - 1ST PRECINCT | 402 | 788 | 11 | 209 | 1,410 |
| 750002 | ROCKLAND TWP - 2ND PRECINCT | 375 | 729 | 11 | 165 | 1,280 |

PENNSYLVANIA
DEPARTMENT OF STATE

BUREAU OF ELECTIONS
VOTER REGISTRATION STATISTICS
2025 Municipal Primary
05/20/2025

DATE 5/14/2025
PAGE NO.    7  of  8

COUNTY - 06 BERKS

| Precinct Code | Precinct Description | DEM | REP | LIB | Other | Total |
|---|---|---|---|---|---|---|
| 760001 | RUSCOMBMANOR TWP - 1ST PRECINCT | 311 | 682 | 3 | 164 | 1,160 |
| 760002 | RUSCOMBMANOR TWP - 2ND PRECINCT | 489 | 1,022 | 8 | 257 | 1,776 |
| 770001 | SHILLINGTON BORO - 1ST PRECINCT | 875 | 662 | 10 | 351 | 1,898 |
| 770002 | SHILLINGTON BORO - 2ND PRECINCT | 809 | 668 | 20 | 371 | 1,868 |
| 780001 | SHOEMAKERSVILLE BORO | 253 | 482 | 7 | 147 | 889 |
| 790001 | SINKING SPRING BORO - 1ST PRECINCT | 613 | 504 | 7 | 263 | 1,387 |
| 790002 | SINKING SPRING BORO - 2ND PRECINCT | 570 | 578 | 9 | 187 | 1,344 |
| 800001 | SPRING TWP - 1ST PRECINCT | 599 | 677 | 11 | 248 | 1,535 |
| 800002 | SPRING TWP - 2ND PRECINCT | 729 | 586 | 11 | 299 | 1,625 |
| 800003 | SPRING TWP - 3RD PRECINCT | 560 | 526 | 4 | 232 | 1,322 |
| 800004 | SPRING TWP - 4TH PRECINCT | 798 | 669 | 10 | 346 | 1,823 |
| 800005 | SPRING TWP - 5TH PRECINCT | 679 | 731 | 12 | 217 | 1,639 |
| 800006 | SPRING TWP - 6TH PRECINCT | 670 | 663 | 8 | 255 | 1,596 |
| 800007 | SPRING TWP - 7TH PRECINCT | 588 | 611 | 6 | 247 | 1,452 |
| 800008 | SPRING TWP - 8TH PRECINCT | 531 | 615 | 3 | 179 | 1,328 |
| 800009 | SPRING TWP - 9TH PRECINCT | 536 | 396 | 9 | 214 | 1,155 |
| 800010 | SPRING TWP - 10TH PRECINCT | 798 | 681 | 9 | 331 | 1,819 |
| 800011 | SPRING TWP - 11TH PRECINCT | 488 | 687 | 7 | 222 | 1,404 |
| 800012 | SPRING TWP - 12TH PRECINCT | 410 | 908 | 13 | 202 | 1,533 |
| 800013 | SPRING TWP - 13TH PRECINCT | 614 | 555 | 4 | 209 | 1,382 |
| 810001 | ST LAWRENCE BORO | 542 | 508 | 13 | 221 | 1,284 |
| 840001 | TILDEN TWP | 565 | 1,376 | 13 | 316 | 2,270 |
| 850001 | TOPTON BORO | 501 | 622 | 13 | 229 | 1,365 |
| 860001 | TULPEHOCKEN TWP - 1ST PRECINCT | 182 | 761 | 3 | 130 | 1,076 |
| 860002 | TULPEHOCKEN TWP - 2ND PRECINCT | 100 | 401 | 6 | 75 | 582 |
| 870001 | UPPER TULPEHOCKEN TWP | 250 | 747 | 10 | 143 | 1,150 |
| 880001 | UNION TWP - 1ST PRECINCT | 739 | 1,110 | 16 | 381 | 2,246 |
| 880002 | UNION TWP - 2ND PRECINCT | 168 | 347 | 3 | 115 | 633 |

PENNSYLVANIA
DEPARTMENT OF STATE

BUREAU OF ELECTIONS
VOTER REGISTRATION STATISTICS
2025 Municipal Primary
05/20/2025

DATE 5/14/2025
PAGE NO.   8  of  8

COUNTY - 06 BERKS

| Precinct Code | Precinct Description | DEM | REP | LIB | Other | Total |
|---|---|---|---|---|---|---|
| 890001 | WASHINGTON TWP - 1ST PRECINCT | 439 | 885 | 12 | 240 | 1,576 |
| 890002 | WASHINGTON TWP - 2ND PRECINCT | 489 | 1,026 | 10 | 277 | 1,802 |
| 900001 | WERNERSVILLE BORO | 772 | 917 | 13 | 306 | 2,008 |
| 920001 | LEESPORT BORO | 447 | 597 | 13 | 189 | 1,246 |
| 930001 | WEST READING BORO - 1ST PRECINCT | 736 | 348 | 11 | 266 | 1,361 |
| 930003 | WEST READING BORO - 3RD PRECINCT | 773 | 407 | 13 | 284 | 1,477 |
| 940001 | WINDSOR TWP | 426 | 1,133 | 11 | 253 | 1,823 |
| 950001 | WOMELSDORF BORO | 683 | 907 | 14 | 306 | 1,910 |
| 960001 | WYOMISSING BORO - 1ST PRECINCT | 965 | 815 | 11 | 339 | 2,130 |
| 960002 | WYOMISSING BORO - 2ND PRECINCT | 676 | 541 | 9 | 262 | 1,488 |
| 960003 | WYOMISSING BORO - 3RD PRECINCT | 455 | 577 | 5 | 133 | 1,170 |
| 960004 | WYOMISSING BORO - 4TH PRECINCT | 657 | 769 | 9 | 211 | 1,646 |
| 960005 | WYOMISSING BORO - 5TH PRECINCT | 811 | 877 | 9 | 309 | 2,006 |
| 980001 | NEW MORGAN BORO | 3 | 8 | 0 | 3 | 14 |
| | COUNTY TOTAL | 103,769 | 117,239 | 1,661 | 46,170 | 268,839 |