# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRANDON PUGH,<br>    Plaintiff,<br><br>    v.<br><br>BERKS COUNTY BOARD OF ELECTIONS,<br>    Defendant. | Civil Action No. 2:25-CV-03267 |

## ORDER TO SHOW CAUSE

  AND NOW, this _____ day of July, 2025, upon consideration of Brandon Pugh's Motion for a Speedy Declaratory Judgment, for a Preliminary Injunction, and Other Relief, the Defendant is ORDERED within 10 days of the entry of this Order to show cause, if any it has, why such Motion should not be granted. Additionally, it is ORDERED and DECREED as follows:

(1) An evidentiary hearing on Plaintiff's Civil Rule 65 request for a preliminary injunction, inclusive of the Rule 65(a)(2) request to consolidate with trial on the merits of a permanent injunction and the Rule 57 request for a speedy hearing on declaratory relief, is scheduled before this Court on _____, ____ m., in Courtroom No. _____, at the United States District Court situated at 504 West Hamilton Street, Suite 4701, Allentown, Pennsylvania. If the Court grants any of the Plaintiff's requests, then the parties must then and there proceed with the presentation of their case.

(2) The Defendant must file an Answer to the Complaint within ____ days of the entry of this Order, whether Defendant intends to file any Civil Rule 12 motion or not. The Defendant may additionally file any Civil Rule 12 motion, if filed within the same amount of time as the Answer.

(3) Counsel for the parties must appear for a Rule 16 discovery conference on _____ _____ at _____ m., in Courtroom No. _____, at the United States District Court located

at 504 West Hamilton Street, Suite 4701, Allentown, Pennsylvania. Counsel shall complete the Joint Rule 26(f) Report no later than one business day prior to such conference.

                                 BY THE COURT:

                 By: _____
                        Hon. John M. Gallagher, *J.*