**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BRANDON PUGH | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 5:25-cv-03267-JMG |
| | : | |
| BERKS COUNTY BOARD OF ELECTIONS, | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this 11th day of July, 2025, upon consideration of Plaintiff's Motion for a Speedy Declaratory Judgment Hearing, for a Preliminary Injunction, and Other Relief (ECF No. 7), **IT IS HEREBY ORDERED** that the Motion (ECF No. 7) is **GRANTED IN PART**. Defendant shall answer, move to dismiss, or otherwise respond to Plaintiff's Complaint by **July 18, 2025**.

**IT IS FURTHER ORDERED** that Plaintiff shall serve a copy of this Order immediately and file proof of service of this Order by **July 14, 2025**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge