IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRANDON PUGH, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | No. 5:25-cv-03267 |
| | : | |
| BERKS COUNTY BOARD OF ELECTIONS, | : | |
| | : | |
| Defendant. | : | |

### DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM PURSUANT TO FED. R. CIV. P 12(b)(6)

Pursuant to Fed. R. Civ. P. 12(b)(6) and the Court's July 11, 2025 Order (ECF No. 8), defendant Berks County Board of Elections ("Berks County"), moves this Court to dismiss Plaintiff's Complaint (ECF No. 1) for failure to state a claim upon which relief may be granted. The reasons and legal support for Berks County's motion are set forth more fully in the accompanying brief. A proposed Order granting the relief is appended hereto.

The undersigned counsel for Berks County certifies that, after conferring with Plaintiff's counsel regarding the asserted legal deficiencies in Plaintiff's Complaint, the parties were unable to reach a resolution that eliminates the need for this Rule 12(b)(6) motion.

Dated: July 18, 2025

SMITH BUKOWSKI, LLC

By: /s/ Jeffrey D. Bukowski
Jeffrey D. Bukowski, Esquire
Attorney I.D. No. 76102
JBukowski@SmithBukowski.com
1050 Spring Street, Suite 1
Wyomissing, PA 19610
(610) 685-1600

*Counsel for Defendant,
Berks County Board of Elections*