**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

BRANDON PUGH,

          Plaintiff,

        v.

BERKS COUNTY BOARD OF ELECTIONS,

          Defendant.

Civil No. 5:25-cv-03267-JMG

**UNCONTESTED MOTION OF SECRETARY AL SCHMIDT &
PENNSYLVANIA DEPARTMENT OF STATE TO FILE AMICUS BRIEF**

Secretary of the Commonwealth Al Schmidt and the Pennsylvania Department of State respectfully move to file an amicus curiae brief to aid the Court in its resolution of this matter and in support of Defendant's motion to dismiss. No party objects to the filing of an amicus brief. No person or entity other than Amici and their counsel assisted in or made a monetary contribution to the preparation or submission of this brief.

District courts have "inherent authority" to grant the filing of amicus briefs. *Liberty Res., Inc. v. Philadelphia Hous. Auth.*, 395 F. Supp. 2d 206, 209 (E.D. Pa. 2005); *accord In re Nazi Era Cases Against German Defendants Litig.*, 153 F. App'x 819, 827 (3d Cir. 2005). Amicus briefs are "especially proper" when "an issue of general public interest is at stake" or where amicus briefs "will ensure a complete and plenary presentation of difficult issues." *Liberty Res., Inc.*, 395 F. Supp. 2d at 209 (cleaned up).

Mr. Pugh brings an as-applied challenge to the constitutionality of 25 P.S. § 3155, a provision in the Pennsylvania Election Code that requires a person seeking party nomination by write-in vote to obtain the same number of votes as the number of signatures required for a person

seeking party nomination by nomination petition. Resolution of this matter could impact the conduct and administration of elections across the Commonwealth.

The Pennsylvania Department of State and the Secretary of the Commonwealth have a special interest in the interpretation of the Election Code. The Department of State is Pennsylvania's state-level executive agency responsible for administering elections in the Commonwealth. 71 P.S. § 273. The Department of State is led by the Secretary of the Commonwealth, who is Pennsylvania's Chief Election Official and the foremost authority on Pennsylvania's elections. Among other obligations, the Secretary has the duty "[t]o receive from county boards of elections the returns of primaries and elections, to canvass and compute the votes cast for candidates; to proclaim the results of such primaries and elections, and to issue certificates of election to the successful candidates at such elections." 25 P.S. § 2621(f); *see also id.* § 3159. The Department "shall have the power, and its duty shall be, to care for, compile, publish, and certify, returns of elections." 71 P. S. § 273.

As a result, the Secretary and the Department have a unique understanding of Pennsylvania's election administration and a unique statewide perspective on how elections are conducted in Pennsylvania. They are well-positioned to speak about the state interests implicated by 25 P.S. § 3155 and the similar requirements adopted by other states. Indeed, courts routinely permit the Secretary and the Department to participate as amici curiae in matters involving the interpretation and constitutionality of the Election Code. *E.g.*, *Eakin v. Adams County Board of Elections*, No. 25-1644, ECF No. 132 (3d. Cir. June 18, 2025) (granting motion by Amicus Pennsylvania Department of State and Secretary of the Commonwealth Al Schmidt to participate in oral argument); *Genser v. Butler County Board of Elections*, No. 26 WAP 2024 (Pa. Oct. 28, 2024) (granting

Application for Leave to File Amicus Brief filed by the Secretary of the Commonwealth and Department of State).

Because this matter involves the interpretation and constitutionality of the Election Code, the Secretary and the Department respectfully request that the Court grant this motion and docket the attached amicus brief.

July 18, 2025

Carolyn DeLaurentis (No. 307018)
Chief Counsel
Kathleen A. Mullen (No. 84604)
Executive Deputy Chief Counsel
Pennsylvania Department of State
306 North Office Bldg.
401 North Street
Harrisburg, PA 17120-0500

Respectfully submitted,

Jennifer Selber (No. 80644)
General Counsel

*/s Aimee D. Thomson*
Aimee D. Thomson (No. 326328)
Deputy General Counsel
Office of General Counsel
30 N. 3rd St., Suite 200
Harrisburg, PA 17101
(223) 234-4986
aimeethomson@pa.gov

*Counsel for Proposed Amici Curiae Secretary of the Commonwealth Al Schmidt &*
*Pennsylvania Department of State*

**CERTIFICATE OF SERVICE**

I, Aimee D. Thomson, certify that I have caused all parties to be served on this date with the foregoing via the Court's ECF system.

Date: July 18, 2025

/s/ *Aimee D. Thomson*
Aimee D. Thomson