### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRANDON PUGH, Plaintiff, | : : : |
| v. | : : Civil No. 5:25-cv-03267-JMG |
| BERKS COUNTY BOARD OF ELECTIONS, Defendant. | : : : |

### ORDER

**AND NOW**, this 22nd day of July, 2025, upon consideration of the Uncontested Motion of Secretary of the Commonwealth Al Schmidt and the Pennsylvania Department of State to File Amicus Brief (ECF No. 13), **IT IS HEREBY ORDERED** that the Motion (ECF No. 13) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk is **DIRECTED** to **DOCKET** the brief of Amici Curiae attached to the Motion (ECF No. 13-1) as "Brief of Secretary Al Schmidt and Pennsylvania Department of State as Amici Curiae".

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge