## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRANDON PUGH | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 5:25-cv-03267-JMG |
| | : | |
| BERKS COUNTY BOARD OF ELECTIONS, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 5th day of August, 2025, upon consideration of Plaintiff's Motion for Clarification (ECF No. 18), **IT IS HEREBY ORDERED** that the Motion (ECF No. 18) is **GRANTED**.

The Court clarifies its Order dated July 11, 2025 (ECF No. 8) that the balance of relief requested in Plaintiff's Motion for a Speedy Declaratory Judgment Hearing, for a Preliminary Injunction, and Other Relief (ECF No. 7) remains under consideration.

BY THE COURT:

 */s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge