IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRANDON PUGH | : |
|     Plaintiff, | : |
| | : |
|     v. | :   Civil No. 5:25-cv-03267-JMG |
| | : |
| BERKS COUNTY BOARD OF ELECTIONS, | : |
|     Defendant. | : |

**ORDER**

**AND NOW**, this 3rd day of September, 2025, upon consideration of Defendant's Motion to Dismiss (ECF No. 12), Brief of Secretary Al Schmidt & Pennsylvania Department of State as Amici Curiae (ECF No. 15), and Plaintiff's Response in Opposition to Defendant's Motion to Dismiss (ECF No. 16), **IT IS HEREBY ORDERED** that the Motion to Dismiss (ECF No. 12) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court is **DIRECTED** to mark this case **CLOSED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge