IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRANDON PUGH,<br><br>    Plaintiff,<br><br>v.<br><br>BERKS COUNTY BOARD OF ELECTIONS,<br><br>    Defendant. | Civil Action No. 5:25-CV-03267 |

### NOTICE OF APPEAL

Notice is given that Plaintiff in the above named case hereby appeals to the United States Court of Appeals for the Third Circuit from the September 3, 2025 final order, granting the motion to dismiss and closing the case.

            Respectfully submitted,

            **CORNERSTONE LAW FIRM, LLC**

Dated: September 3, 2025  By: /s/ Joel A. Ready
            Joel A. Ready, Esquire
            PA Attorney I.D. No. 321966
            8500 Allentown Pike, Suite 3
            Blandon, PA 19510
            (610) 926-7875